THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BOARD OF HEALTH OF THE VILLAGE OF FRIENDSHIP, Appellant, *v.* GEORGE W. FRIES, Respondent.

*People ex rel. Board of Health* v. *Fries,* 109 App. Div. 358, affirmed. (Argued September 30, 1907; decided October 15, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1905, which reversed an interlocutory judgment of Special Term overruling a demurrer to an alternative writ of mandamus, and sustained such demurrer in an action to compel the abatement of an alleged nuisance.

The following question was certified: " Was mandamus authorized to enforce the direction or order of the relator, Board of Health of the village of Friendship, requiring the defendant, George W. Fries, to abate or remove the nuisance complained of ? "

*James T. Ward* for appellant.

*A. L. Elliott* for respondent.

Order affirmed, with costs ; question certified answered in the negative, on opinion below.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: HISCOCK J.